**JS-6 / TRANSFER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KERMANI, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>MONDELĒZ GLOBAL LLC,<br><br>                Defendant. | Case No. CV 23-2245-DMG (AGRx)<br><br>**ORDER APPROVING STIPULATION TO TRANSFER ACTION TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA [17]** |

The Court has reviewed and considered the Parties' joint stipulation to transfer venue of this action to the U.S. District Court for the Southern District of California. Good cause appearing, the Court finds as follows:

1. The U.S. District Court for the Southern District of California is a venue to which all parties have consented.

2. Transferring this action to the U.S. District Court for the Southern District of California is in the interest of justice and will further the convenience of the parties and witnesses, as it will avoid the time and expense associated with litigating two putative class actions involving the same products and theory of deception in two separate venues and will eliminate the possibility of conflicting rulings binding the same putative class members.

The Court accordingly finds that transfer of this action satisfies 28 U.S.C. § 1404(a) and APPROVES the parties' stipulation. The Clerk of the Court is directed to transfer this action to the U.S. District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: May 2, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1